**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Barry Elijah DAVIS, Defendant–
Appellant.**

**No. 09–6949.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 28, 2010.

Decided: July 15, 2010.

Barry Elijah Davis, Appellant Pro Se.

Before MOTZ, KING, and GREGORY,
Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Barry Elijah Davis seeks to appeal the
district court's orders denying relief on his
28 U.S.C.A. § 2255 (West Supp.2009) mo-
tion and Fed.R.Civ.P. 60(b) motion. The
orders are not appealable unless a circuit
justice or judge issues a certificate of ap-
pealability. 28 U.S.C. § 2253(c)(1) (2006).
A certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2006). When the district
court denies relief on the merits, a prison-
er satisfies this standard by demonstrating
that reasonable jurists would find that the
district court's assessment of the constitu-
tional claims is debatable or wrong. *Slack
v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000); *see Miller–
El v. Cockrell,* 537 U.S. 322, 336–38, 123
S.Ct. 1029, 154 L.Ed.2d 931 (2003). When
the district court denies relief on procedur-
al grounds, the prisoner must demonstrate
both that the dispositive procedural ruling
is debatable, and that the motion states a
debatable claim of the denial of a constitu-
tional right. *Slack,* 529 U.S. at 484–85,
120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Davis has not
made the requisite showing. Accordingly,
we deny a certificate of appealability, deny
leave to proceed in forma pauperis, and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*